IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| S-TRUCKING, INC., | ) BANKRUPTCY NO. 07 B 20950 |
| | ) |
| DEBTOR | ) |

ORDER FOR TURNOVER

This matter coming on to be hard on motion of Trustee to designate Tim Smith as "designated person" and for turnover of property, due notice having been given and the court being fully advised in the premises;

IT IS SO ORDERED that Tim Smith is hereby designated as the "designated person" to perform the acts debtor is required to perform under the Federal Rules of Bankruptcy Procedure;

IT IS FURTHER ORDERED that Tim Smith shall, within 3 days after service upon him of a copy of this order, turn over and deliver to the Trustee herein the following items:

        Final Drive & Dog Pin to the
        953 LGP CAT Loader

DATED:                                ENTER:

                                                                        _____
                                                                          BANKRUPTCY JUDGE