**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re: S-TRUCKING, INC.    § Case No. 07-20950
                           §
                           §
Debtors                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 127,185.06 |
| *and approved disbursements of* | $ 55,470.75 |
| *leaving a balance of* | $ 71,714.31 |

Claims of secured creditors will be paid as follows:

*Claimant*                                            *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 9,609.04 | $ 873.69 |
| *Attorney for trustee* | Joseph R. Voiland | $ 1,032.50 | $ 10.64 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 500.00 | $ |
| *Fees,* | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $180,456.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2P-4 | Department of the Treasury | $  148,353.57 | $  35,835.80 |
| 5P | Midwest Operating Engineers Pension Fund | $  8,075.80 | $  8,075.80 |
| 6P | Local 150 I.U.O.E. Vacation Savings Plan | $  579.50 | $  579.50 |
| 7P | Operating Engineers Local 150 | $  843.50 | $  843.50 |
| 8P | Midwest Operating Engineers Welfare Fund | $  11,720.75 | $  11,720.75 |
| 9P | Illinois Department of Revenue | $  10,883.00 | $  2,628.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (4/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 99,051.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roland Machinery Co c/o | $ 28,428.40 | $ 0.00 |
| 2U-4 | Department of the Treasury | $ 24,440.70 | $ 0.00 |
| 3 | Sunbridge Capital | $ 29,354.30 | $ 0.00 |
| 5U | Midwest Operating Engineers Pension Fund | $ 6,053.10 | $ 0.00 |
| 6U | Local 150 I.U.O.E. Vacation Savings Plan | $ 1,077.68 | $ 0.00 |
| 7U | Operating Engineers Local 150 | $ 393.55 | $ 0.00 |
| 8U | Midwest Operating Engineers Welfare Fund | $ 7,588.49 | $ 0.00 |
| 9U | Illinois Department of Revenue | $ 1,715.00 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 10/01/2009 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  08/22/2009          By:  /s/JOSEPH R. VOILAND
                                                Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina              Page 1 of 1                  Date Rcvd: Aug 24, 2009
Case: 07-20950                Form ID: pdf006            Total Noticed: 28

The following entities were noticed by first class mail on Aug 26, 2009.
db           S-Trucking, Inc.,   c/o Atty. Mark Heimsoth,   Registered Agent,   463 West Galena Blvd.,
              Aurora, IL 60506
aty         +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
11736724    +Attorney Mark Heimsoth,   563 West Galena Blvd.,   Aurora, IL 60506-3854
11736725    +Baum Sigman Auerbach & Newman Ltd.,   200 West Adams Street, Suite 2200,   Chicago, IL 60606-5231
11736723    +C David Ward,   1700 N Farnsworth Ave  Suite 11,   Aurora, IL 60505-1186
11736726    +Caywood & Associates CNA Surety,   8137 Innovation Way,   Chicago, IL 60682-0081
11736727    +Dwed, Blch & Bennett,   8 South Michigan Ave., 19th Floor,   Chicago, IL 60603-3357
11736728    +Fox Valley Laborer's Health & Welfare,   999 McClintock Drive, Suite 300,
              Burr Ridge, IL 60527-0824
12204493    +Fox Valley Laborers' Health & Welfare and Pension,   c/o Dowd, Bloch & Bennett,
              attn: LaKisha M. Kinsey-Sallis,   8 S. Michigan Avenue, 19th Floor,   Chicago, IL 60603-3357
11736729    +GMAC,   P. O. Box 3100,   Midland, TX 79702-3100
11736730     IDES,   Northern Region,   260 East Indian Trail Road,   Aurora, IL 60505
12289112   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
              100 West Randolph Street  Level 7-425,   Chicago, Illinois 60601)
11736731   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   Cincinnati, OH 45999)
11736732   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,   Internal Revenue Service,   PO Box 21126,
              Philadelphia, PA 19114)
12211142    +Local 150 I.U.O.E. Vacation Savings Plan,   c/o Baum Sigman Auerbach & Neuman Ltd,
              200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
11736733    +Mid American Water, Inc.,   1500 E. Mountain,   Aurora, IL 60505-2441
12211095    +Midwest Operating Engineers Pension Fund,   c/o Baum Sigman Auerbach & Neuman Ltd,
              200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12211240    +Midwest Operating Engineers Welfare Fund,   c/o Baum Sigman Auerbach & Neuman Ltd,
              200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
11736734     Midwest Operating Engineers Welfare Fund,   6150 Jolie Troad,   Countryside, IL 60525
11736735    +Napa Auto Parts,   906 S. Bridge Street,   Yorkville, IL 60560-1709
11736736    +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
12211166    +Operating Engineers Local 150,   Apprenticeship Fund,   c/o Baum Sigman Auerbach & Neuman Ltd,
              200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
11736738    +Roland Machinery,   816 North Dirksen Parkway,   Springfield, IL 62702-6115
11736737    +Roland Machinery Co c/o,   Nigro & Westfall PC,   1793 Bloomingdale Road,
              Glendale Heights, IL 60139-2187
12145005     Sunbridge Capital,   Attn: Managing Agent,   PO Box 873870,   Kansas City, MO 64187-0001
11736739     Sunbridge Capital, Inc.,   P. O. Box 12010-SG,   Hemet, CA 92546-8010
11736740    +U.S. Department Of Labor,   365 Smoke Tree Plaza,   North Aurora, IL 60542-1723

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11736722*    S-Trucking Inc,   C/O Atty Mark Heimsoth Registered Agent,   463 West Galena Blvd,
              Aurora, IL 60506
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Aug 26, 2009              **Signature:**  *Joseph Speetjens*