# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: S-TRUCKING, INC.               § Case No. 07-20950
                                      §
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $0.00

Total Distribution to Claimants: $89,694.80    Claims Discharged
                                               Without Payment: $219,812.54

Total Expenses of Administration: $37,496.62

---

   3) Total gross receipts of $ 127,191.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $127,191.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $589,158.22 | $30,000.00 | $30,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,953.48 | 37,496.62 | 37,496.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 224,075.95 | 180,456.12 | 59,694.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 172,373.32 | 99,051.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,021,560.97 | $347,003.96 | $127,191.42 |

4) This case was originally filed under Chapter 7 on November 08, 2007. . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2009                By:  /s/JOSEPH R. VOILAND
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| acct. rec. - H Linden & Sons | 1121-000 | 62,000.00 |
| 13' trench box | 1129-000 | 800.00 |
| 1997 Stigers trailer | 1129-000 | 500.00 |
| 1997 trailer | 1129-000 | 500.00 |
| 1999 Chevrolet truck | 1129-000 | 2,500.00 |
| 953 LGP Cat Loader | 1129-000 | 10,000.00 |
| pallet forks | 1129-000 | 50.00 |
| rotating laser | 1129-000 | 475.00 |
| sod cutter | 1129-000 | 50.00 |
| Takuchi TL130 skidster | 1129-000 | 3,000.00 |
| 1998 Volvo dump truck | 1229-000 | 7,250.00 |
| Kubota L3600 tractor | 1229-000 | 4,000.00 |
| John Deere wheel loader | 1229-000 | 11,500.00 |
| Hitachi EX120 excavator | 1229-000 | 12,000.00 |
| stone miser, trailers, machinery and equipment | 1229-000 | 12,511.00 |
| Interest Income | 1270-000 | 55.42 |
| **TOTAL GROSS RECEIPTS** | | **$127,191.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury | 4300-000 | N/A | 137,970.95 | 0.00 | 0.00 |
| Department of the Treasury | 4300-000 | N/A | 137,970.95 | 0.00 | 0.00 |
| Department of the Treasury | 4300-000 | N/A | 137,970.95 | 0.00 | 0.00 |
| Department of the Treasury | 4300-000 | N/A | 137,970.95 | 0.00 | 0.00 |
| Fox Valley Laborers' Health & Welfare and Pension | 4220-000 | N/A | 37,274.42 | 30,000.00 | 30,000.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $589,158.22 | $30,000.00 | $30,000.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 9,609.04 | 9,609.04 | 9,609.04 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 873.69 | 873.69 | 873.69 |
| Clerk of the Bankruptcy Court - ND IL | 2700-000 | N/A | 0.00 | 500.00 | 500.00 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 10.64 | 10.64 |
| Joseph R. Voiland | 3210-000 | N/A | 0.00 | 1,032.50 | 1,032.50 |
| Move It Trucking & Equipment, Inc. | 2420-000 | N/A | 1,230.00 | 1,230.00 | 1,230.00 |
| Move It Trucking & Equipment, Inc. | 2420-000 | N/A | 2,446.46 | 2,446.46 | 2,446.46 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| American Auction Associates, Inc | 3610-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 3,401.70 | 3,401.70 | 3,401.70 |
| Move It Trucking & Equipment, Inc. | 2420-000 | N/A | 3,012.95 | 3,012.95 | 3,012.95 |
| PETER METROU | 3210-000 | N/A | 14,162.50 | 14,162.50 | 14,162.50 |
| PETER METROU | 3220-000 | N/A | 217.14 | 217.14 | 217.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,953.48 | $37,496.62 | $37,496.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury | 5800-000 | N/A | 47,993.35 | 0.00 | 0.00 |
| Department of the Treasury | 5800-000 | N/A | 47,993.35 | 0.00 | 0.00 |
| Department of the Treasury | 5800-000 | N/A | 47,993.35 | 0.00 | 0.00 |
| Department of the Treasury | 5800-000 | N/A | 47,993.35 | 148,353.57 | 35,845.66 |
| Midwest Operating Engineers Pension Fund | 5400-000 | N/A | 8,075.80 | 8,075.80 | 8,075.80 |
| Local 150 I.U.O.E. Vacation Savings Plan | 5400-000 | N/A | 579.50 | 579.50 | 579.50 |
| Operating Engineers Local 150 | 5400-000 | N/A | 843.50 | 843.50 | 843.50 |
| Midwest Operating Engineers Welfare Fund | 5400-000 | N/A | 11,720.75 | 11,720.75 | 11,720.75 |
| Illinois Department of Revenue | 5800-000 | N/A | 10,883.00 | 10,883.00 | 2,629.59 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | |
|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | $0.00 | $224,075.95 | $180,456.12 | $59,694.80 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roland Machinery Co c/o | 7100-000 | N/A | 28,428.40 | 28,428.40 | 0.00 |
| Department of the Treasury | 7100-000 | N/A | 24,440.70 | 0.00 | 0.00 |
| Department of the Treasury | 7100-000 | N/A | 24,440.70 | 0.00 | 0.00 |
| Department of the Treasury | 7100-000 | N/A | 24,440.70 | 0.00 | 0.00 |
| Department of the Treasury | 7100-000 | N/A | 24,440.70 | 24,440.70 | 0.00 |
| Sunbridge Capital | 7100-000 | N/A | 29,354.30 | 29,354.30 | 0.00 |
| Midwest Operating Engineers Pension Fund | 7100-000 | N/A | 6,053.10 | 6,053.10 | 0.00 |
| Local 150 I.U.O.E. Vacation Savings Plan | 7100-000 | N/A | 1,077.68 | 1,077.68 | 0.00 |
| Operating Engineers Local 150 | 7100-000 | N/A | 393.55 | 393.55 | 0.00 |
| Midwest Operating Engineers Welfare Fund | 7100-000 | N/A | 7,588.49 | 7,588.49 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 1,715.00 | 1,715.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $172,373.32 | $99,051.22 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-20950  
**Case Name:** S-TRUCKING, INC.  
**Period Ending:** 11/14/09

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 11/08/07 (f)  
**§341(a) Meeting Date:** 12/03/07  
**Claims Bar Date:** 05/06/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | acct. rec. - H Linden & Sons | 91,540.95 | 91,540.95 | | 62,000.00 | FA |
| 3 | 13' trench box | 300.00 | 300.00 | | 800.00 | FA |
| 4 | 19995 Chevrolet truck (no motor) | 350.00 | 350.00 | | 0.00 | FA |
| 5 | 1997 Chevrolet C34 3500 truck | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6 | 1997 Stigers trailer | 500.00 | 500.00 | | 500.00 | FA |
| 7 | 1997 trailer | 500.00 | 500.00 | | 500.00 | FA |
| 8 | 1999 Chevrolet truck | 3,000.00 | 3,000.00 | | 2,500.00 | FA |
| 9 | 2003 GMC TK25753 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 10 | 953 LGP Cat Loader | 20,000.00 | 20,000.00 | | 10,000.00 | FA |
| 11 | pallet forks | 30.00 | 30.00 | | 50.00 | FA |
| 12 | rotating laser | 250.00 | 250.00 | | 475.00 | FA |
| 13 | sod cutter | 500.00 | 500.00 | | 50.00 | FA |
| 14 | Takuchi TL130 skidster | 10,000.00 | 10,000.00 | | 3,000.00 | FA |
| 15 | 1998 Volvo dump truck  (u) | Unknown | 5,000.00 | | 7,250.00 | FA |
| 16 | Kubota L3600 tractor  (u) | Unknown | 3,000.00 | | 4,000.00 | FA |
| 17 | John Deere wheel loader  (u) | Unknown | 5,000.00 | | 11,500.00 | FA |
| 18 | Hitachi EX120 excavator  (u) | Unknown | 10,000.00 | | 12,000.00 | FA |
| 19 | stone miser, trailers, machinery and equipment  (u) | Unknown | 20,000.00 | | 12,511.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 55.42 | Unknown |
| 20 | Assets   Totals (Excluding unknown values) | **$137,970.95** | **$180,970.95** | | **$127,191.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's special counsel is pursuing collection of the account receivable due and owing from H. Linden & Sons, Inc..

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-20950  
**Case Name:** S-TRUCKING, INC.  

**Trustee:** (330380)   JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 11/08/07 (f)  
**§341(a) Meeting Date:** 12/03/07  

**Period Ending:** 11/14/09  
**Claims Bar Date:** 05/06/08  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   November 15, 2009      **Current Projected Date Of Final Report (TFR):**   November 15, 2009

Printed: 11/14/2009 08:50 AM    V.11.50

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-20950 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | S-TRUCKING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****38-65 - Money Market Account |
| Taxpayer ID #: | 36-4469890 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 11/14/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/08 | {10} | Henry Bechstein | proceeds from sale of Cat 953 Loader | 1129-000 | 10,000.00 | | 10,000.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.53 | | 10,000.53 |
| 07/29/08 | | To Account #********3866 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | | 2,500.00 | 7,500.53 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 7,501.77 |
| 08/08/08 | | To Account #********3866 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | | 3,500.00 | 4,001.77 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,002.34 |
| 09/05/08 | | American Auction Associates, Inc | auction proceeds | | 55,136.00 | | 59,138.34 |
| | {3} | | | 800.00 | 1129-000 | | 59,138.34 |
| | {6} | | | 500.00 | 1129-000 | | 59,138.34 |
| | {8} | | | 2,500.00 | 1129-000 | | 59,138.34 |
| | {7} | | | 500.00 | 1129-000 | | 59,138.34 |
| | {11} | | | 50.00 | 1129-000 | | 59,138.34 |
| | {12} | | | 475.00 | 1129-000 | | 59,138.34 |
| | {13} | | | 50.00 | 1129-000 | | 59,138.34 |
| | {14} | | | 3,000.00 | 1129-000 | | 59,138.34 |
| | {15} | | | 7,250.00 | 1229-000 | | 59,138.34 |
| | {16} | | | 4,000.00 | 1229-000 | | 59,138.34 |
| | {17} | | | 11,500.00 | 1229-000 | | 59,138.34 |
| | {18} | | | 12,000.00 | 1229-000 | | 59,138.34 |
| | {19} | | | 12,511.00 | 1229-000 | | 59,138.34 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.72 | | 59,144.06 |
| 10/10/08 | 1001 | American Auction Associates, Inc. | payment for auctioneer expenses per ct order of 10/9/08 | 3620-000 | | 3,401.70 | 55,742.36 |
| 10/10/08 | 1002 | Move It Trucking & Equipment, Inc. | payment for trasportation and set-up expenses | 2420-000 | | 3,012.95 | 52,729.41 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 6.40 | | 52,735.81 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.16 | | 52,739.97 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.73 | | 52,743.70 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.15 | | 52,745.85 |
| 02/20/09 | {2} | Dreyer, Foote, Streit, Furgason & Slocum | settlement proceeds | 1121-000 | 62,000.00 | | 114,745.85 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.43 | | 114,748.28 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.99 | | 114,753.27 |
| 04/16/09 | 1003 | PETER METROU | payment of attorney fees per order of court entered 4/16/2009 | 3210-000 | | 14,162.50 | 100,590.77 |
| 04/16/09 | 1004 | PETER METROU | reimbursement of costs and expenses per | 3220-000 | | 217.14 | 100,373.63 |

Subtotals :   $127,167.92   $26,794.29

{} Asset reference(s)                                                                                     Printed: 11/14/2009 08:50 AM    V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-20950  
**Case Name:** S-TRUCKING, INC.  

**Taxpayer ID #:** 36-4469890  
**Period Ending:** 11/14/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | order of court entered 4/16/2009 | | | | |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.60 | | 100,378.23 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.95 | | 100,382.18 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.36 | | 100,386.54 |
| 07/26/09 | 1005 | Fox Valley Laborers' Health & Welfare and Pension | payment of secured claim | 4220-000 | | 30,000.00 | 70,386.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.23 | | 70,390.77 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.49 | | 70,394.26 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.87 | | 70,397.13 |
| 10/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 70,397.13 |
| 10/01/09 | | To Account #********3866 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 70,397.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 127,191.42 | 127,191.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 76,397.13 | |
| | | | **Subtotal** | | 127,191.42 | 50,794.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$127,191.42** | **$50,794.29** | |

{} Asset reference(s)

Printed: 11/14/2009 08:50 AM   V.11.50

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-20950  
**Case Name:** S-TRUCKING, INC.  

**Taxpayer ID #:** 36-4469890  
**Period Ending:** 11/14/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/08 |  | From Account #********3865 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | 2,500.00 |  | 2,500.00 |
| 07/29/08 | 101 | Move It Trucking & Equipment, Inc. | vehicle recovery and repairs - inv #'s 1017,1018 &1019 | 2420-000 |  | 1,230.00 | 1,270.00 |
| 08/08/08 |  | From Account #********3865 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | 3,500.00 |  | 4,770.00 |
| 08/08/08 | 102 | Move It Trucking & Equipment, Inc. | repo and repairs inv. #'s 1021,1022, and1023 | 2420-000 |  | 2,446.46 | 2,323.54 |
| 08/08/08 | 103 | American Auction Associates, Inc | auctioneer proceeds per order of court entered 7/17/2008 | 3610-000 |  | 1,000.00 | 1,323.54 |
| 10/01/09 |  | From Account #********3865 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 70,397.13 |  | 71,720.67 |
| 10/01/09 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $873.69, Trustee Expenses;  Reference: | 2200-000 |  | 873.69 | 70,846.98 |
| 10/01/09 | 105 | JOSEPH R. VOILAND | Dividend paid 100.00% on $9,609.04, Trustee Compensation;  Reference: | 2100-000 |  | 9,609.04 | 61,237.94 |
| 10/01/09 | 106 | Clerk of the Bankruptcy Court - ND IL | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 |  | 500.00 | 60,737.94 |
| 10/01/09 | 107 | Joseph R. Voiland | Dividend paid 100.00% on $1,032.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 |  | 1,032.50 | 59,705.44 |
| 10/01/09 | 108 | Joseph R. Voiland | Dividend paid 100.00% on $10.64, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 |  | 10.64 | 59,694.80 |
| 10/01/09 | 109 | Midwest Operating Engineers Pension Fund | Dividend paid 100.00% on $8,075.80; Claim# 5P; Final distribution | 5400-000 |  | 8,075.80 | 51,619.00 |
| 10/01/09 | 110 | Local 150 I.U.O.E. Vacation Savings Plan | Dividend paid 100.00% on $579.50; Claim# 6P; Final distribution | 5400-000 |  | 579.50 | 51,039.50 |
| 10/01/09 | 111 | Operating Engineers Local 150 | Dividend paid 100.00% on $843.50; Claim# 7P; Final distribution | 5400-000 |  | 843.50 | 50,196.00 |
| 10/01/09 | 112 | Midwest Operating Engineers Welfare Fund | Dividend paid 100.00% on $11,720.75; Claim# 8P; Final distribution | 5400-000 |  | 11,720.75 | 38,475.25 |
| 10/01/09 | 113 | Department of the Treasury | Dividend paid  24.16% on $148,353.57; Claim# 2P-4; Final distribution | 5800-000 |  | 35,845.66 | 2,629.59 |
| 10/01/09 | 114 | Illinois Department of Revenue | Dividend paid  24.16% on $10,883.00; Claim# 9P; Final distribution | 5800-000 |  | 2,629.59 | 0.00 |

Subtotals :   $76,397.13   $76,397.13

{} Asset reference(s)

Printed: 11/14/2009 08:50 AM   V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-20950  
**Case Name:** S-TRUCKING, INC.

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-66 - Checking Account

**Taxpayer ID #:** 36-4469890  
**Period Ending:** 11/14/09

**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 76,397.13 | 76,397.13 | $0.00 |
| | | | Less: Bank Transfers | | 76,397.13 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **76,397.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$76,397.13** | |

{} Asset reference(s)

Printed: 11/14/2009 08:50 AM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 07-20950  
**Case Name:** S-TRUCKING, INC.  
**Taxpayer ID #:** 36-4469890  
**Period Ending:** 11/14/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-67 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****38-65 | 127,191.42 | 50,794.29 | 0.00 |
| Checking # ***-*****38-66 | 0.00 | 76,397.13 | 0.00 |
| MMA # ***-*****38-67 | 0.00 | 0.00 | 0.00 |
| | $127,191.42 | $127,191.42 | $0.00 |